[No. 39540-8-1.    Division One.    October 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STACY
STITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-02671-5, JoAnne Alumbaugh, J., entered
October 18, 1996. *Affirmed in part* and *reversed in part* by
unpublished per curiam opinion.

[Nos. 40760-1-I; 40761-9-I.    Division One.    October 27, 1997.]

*In the Matter of the Personal Restraint of* DENG
SAMPHAO, ET AL., *Petitioners*.

Petitions for relief for personal restraint. *Denied* by un-
published per curiam opinion.

[Nos. 14579-4-III; 14580-8-III.    Division Three.    October 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
ELLSWORTH R. ROBBINS, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Oka-
nogan County, Nos. 94-2-00170-3 and 94-2-00246-7, Jack
Burchard, J., entered December 5, 1994. *Affirmed in part,
reversed in part*, and *remanded* by unpublished opinion per
Kurtz, J., concurred in by Sweeney, C.J., and Schultheis,
J.

[Nos. 14684-7-III; 14795-9-III;    Division Three.    October 30, 1997.]
15828-4-III.

*In the Matter of the Marriage of* ALLAN KOVIS,
*Appellant,* and KATHLEEN ANN KOVIS, *Respondent*.

Appeals from a judgment of the Superior Court for Frank-
lin County, No. 91-3-50159-5, Duane E. Taber and Craig
Matheson, JJ., entered January 10, March 6, 1995 and
April 15, 1996. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Sweeney, C.J., and Brown,
J.